IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KEITH LA-DALE PORTER                                                                  PLAINTIFF

VS.                                                      CIVIL ACTION NO. 3:16cv164- FKB

Appeal No. _____

WARDEN BRIAN LADNER, ET AL.                                                      DEFENDANTS

## ORDER

This matter is before the Court *sua sponte*. Plaintiff has failed to comply with the Court's March 6, 2018, Order [52] that directed him to file a completed application for leave to proceed *in forma pauperis* on appeal. Accordingly, it is hereby ORDERED:

1. That within fifteen days of the entry of this Order, Plaintiff shall file a completed application for leave to proceed *in forma pauperis* on appeal or pay the required appeal filing fee of $505.00.

2. Along with this Order, my staff shall mail another copy of the Order [52] and the Motion to Proceed *In Forma Pauperis* [52-1] to Plaintiff at his last known address.

Failure to advise this Court of a change of address or failure to comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in the denial of *in forma pauperis* status or the dismissal of this appeal.

SO ORDERED, this the 18th day of June, 2018.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE